IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GARRY JOHNSON, | : | CASE NO. 3:17-CV-00254 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| | | **AGREED ENTRY OF DISMISSAL** |
| TOWARD INDEPENDENCE, INC. et al., | : | |
| Defendants. | : | |

_____

This day came the parties, by counsel, and it appearing that all claims in this action have been settled, all claims, cross-claims, and counterclaims in this matter are hereby dismissed without record and with prejudice to the bringing of a new action. Court costs to be paid by Defendant, Toward Independence, Inc.

As agreed to by the parties, this Court shall retain jurisdiction over the settlement agreement or contract entered into by the parties pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S. Ct. 1673, 128 L.Ed.2d 391 (1994).


April 11, 2018                                      s/Thomas M. Rose
                                        _____
                                        JUDGE THOMAS M. ROSE

APPROVED:


/s/ Louis C. Schneider (Electronic signature on file - 4/2/18)
Louis C. Schneider, Esq. (#0076588)
2813 Woodburn Avenue
Cincinnati, OH  45206
(513) 904-5965; Fax:  (513) 448-0491
lou@schneiderfirm.com
Attorney for Plaintiff

/s/ George M. Reul, Jr. (Email authorization on file – 4/2/18)
George M. Reul, Jr., Esq. (#0069992)
Freking Myers and Reul LLC
600 Vine Street / 9th Floor
Cincinnati, OH  45202
(513) 721-1975; Fax:  (513) 651-2570
greul@fmr.law
Attorney for Plaintiff


/s/ Eric L. Dauber
Eric L. Dauber (#0063061)
130 West Second Street / Suite 1850
Dayton, OH  45402
(937) 461-6200; Fax: (937) 461-9338
eric_dauber@staffdefense.com
Attorney for Defendants, Toward
Independence, Inc., Mark Schlater, and
Mary Rose Zink

O:\ELD\Toward Independence\Dismissal.doc